IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case Number 7:17-CR-35-10D

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| v. | * | CORRECTED |
| | * | ORDER TO CONTINUE |
| AUSTIN AARON GODWIN | * | ARRAIGNMENT |
| Defendant | * | |

For good cause shown, the Defendant's motion to continue and reset the arraignment is hereby GRANTED. It is ORDERED that the arraignment be reset to _September 2017_.

The Court finds that the ends of justice served by granting this matter to be rescheduled outweigh the best interests of the public and the Defendant in a speedy trial. The period of delay necessitated by rescheduling these matters are excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

So ORDERED, this the _14_ day of August, 2017.

_____
Honorable James C. Dever, III
Chief United States District Judge